Submitted January 16, affirmed February 12, 2020

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

GINA MAREE McKINNEY,
*Defendant-Appellant.*

Washington County Circuit Court
17CR19610; A168056

457 P3d 377

Andrew Erwin, Judge.

Bear Wilner-Nugent filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Shannon T. Reel, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Affirmed. *State v. Barnes*, 329 Or 327, 986 P2d 1160 (1999).